■ JOSEPH WALENDZUK, Respondent, v DOROTHY PALAIMO

et al., Appellants.—Motion to be relieved as counsel granted and time within which to perfect appeal extended to March 1, 1992. Memorandum: In granting the motion relieving counsel, we extend appellant's time to perfect the appeal to March 1, 1992. If not perfected by then, the appeal will be deemed abandoned and dismissed regardless of whether appellant obtains new counsel. Present—Callahan, J. P., Doerr, Boomer, Pine and Davis, JJ.